In The


Court of Appeals


Sixth Appellate District of Texas at Texarkana



______________________________



No. 06-08-00116-CV


______________________________




TITUS REGIONAL MEDICAL CENTER, A/K/A TITUS COUNTY 

MEMORIAL HOSPITAL, AND TITUS REGIONAL MEDICAL 

 FOUNDATION, INC., Appellants


V.



PATSY THOMAS AND TOM THOMAS, Appellees




 


On Appeal from the 276th Judicial District Court


 Titus County, Texas


Trial Court No. 32,013




 




Before Morriss, C.J., Carter and Moseley, JJ.


Memorandum Opinion by Justice Moseley



MEMORANDUM OPINION


 Appellants and appellees have filed with this Court a joint motion asking us to dismiss the
pending appeal in this matter and to vacate, without regard to the merits, the trial court's orders
denying appellants' plea to the jurisdiction and its motion for summary judgment attacking subject-matter jurisdiction. The parties represent to this Court they have reached a full and final settlement. 
In such a case, no real controversy exists, and in the absence of a controversy, the appeal is moot. 
 We grant the motion, vacate the trial court's orders denying appellants' plea to the jurisdiction
and its motion for summary judgment, without regard to the merits, and dismiss this appeal. See
Tex. R. App. P. 42.1(a).


 Bailey C. Moseley

 Justice


Date Submitted: February 10, 2009

Date Decided: February 11, 2009